**JASON G. REVZIN**
Jason.Revzin@lewisbrisbois.com
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
**Counsel for Trans Union LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA NYITRAY and ANTHONY NYITRAY,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, INC., EQUIFAX, INC., TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:18-cv-00327-APG-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiffs Christina Nyitray and Anthony Nyitray ("Plaintiffs") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On February 22, 2018, Plaintiffs filed their Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is March 21, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including April 20, 2018. This is the first

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including April 20, 2018.

Dated this 19th day of March, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*

Jason G. Revzin
Jason.revzin@lewisbrisbois.com
Nevada Bar No. 008629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
**Counsel for Trans Union LLC**

Dated this 19th day of March, 2018

/s/ *Erik Anthony W. Fox*

Jamie S. Cogburn
jsc@cogburnlaw.com
Cogburn Law Offices
2879 St. Rose Parkway, Suite 200
Henderson, NV 89052
(702) 384-3616
(702) 943-1936 Fax
and
Erik-Anthony W. Fox
efox@cogburnlaw.com
Marquis & Aurbach
10001 Park Run Dr.
Las Vegas, NV 89145
(702) 382-0711
(702) 382-5816 Fax
**Counsel for Plaintiff**

# ORDER

IT IS SO ORDERED that the Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including April 20, 2018 is hereby granted..

DATED: March 19, 2018

**HONORABLE NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**