| | |
|---|---|
| 1 | COGBURN LAW OFFICES<br>Jamie S. Cogburn, Esq. |
| 2 | Nevada Bar No. 8409<br>jsc@cogburnlaw.com |
| 3 | Erik W. Fox, Esq.<br>Nevada Bar No. 8804 |
| 4 | efox@cogburnlaw.com<br>2580 St. Rose Parkway, Suite 330 |
| 5 | Henderson, Nevada 89074<br>Telephone: (702) 748-7777 |
| 6 | Facsimile: (702) 966-3880<br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA NYITRAY, an individual;<br>ANTHONY NYITRAY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.., a Delaware Corporation; EQUIFAX, INC., a Foreign Corporation; TRANSUNION, LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case Number. 2:18-CV-00327-APG-NJK<br><br>**STIPULATION TO<br>CONTINUE PLAINTIFFS'<br>OPPOSITION DATE TO DEFENDANT<br>BANK OF AMERICA'S MOTION TO<br>DISMISS** |

Plaintiffs, Christina Nyitray and Anthony Nyitray, (hereinafter "Plaintiffs"), by and through their counsel of record, Cogburn Law Offices, and Defendant Back of America through their Counsel of record Akerman, LLP., to continue the current date on the Plaintiffs' Opposition to Motion to Dismiss, to April 26, 2018, while the parties discuss resolution.

…

…

…

| | |
|---|---|
| Dated this 19th day of April, 2018. | Dated this 19th day of April, 2018. |
| COGBURN LAW OFFICES | AKERMAN, LLP. |
| By:/s/Eric E. Fox, Esq.<br>   Jamie S. Cogburn, Esq.<br>   Nevada Bar No. 8409<br>   Eric E. FoxErik W. Fox, Esq.<br>   Nevada Bar No. 88048804<br>   2580 St. Rose Parkway, Suite 330<br>   Henderson, Nevada 89074<br>   *Attorneys for Plaintiffs Plaintiffs* | By: /s/ Darren T. Brenner, Esq.<br>   Darren T. Brenner, Esq.<br>   Nevada Bar No. 9401<br>   Rex D. Garner, Esq.<br>   Nevada Bar No. 9401<br>   1635 Village Center Circle, Suite 200<br>   Las Vegas, NV 89134<br>   *Attorneys for Plaintiffs Defendant Bank of America* |

## **ORDER**

The foregoing stipulation between the parties to continue the current date on the Opposition to Motion to Dismiss until April 26, 2018, is hereby GRANTED.

IT IS SO ORDERED.

Dated: April 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

COGBURN LAW OFFICES

By:/s/ Eric E. Fox, Esq.
   Jamie S. Cogburn, Esq.
   Nevada Bar No. 8409
   Eric E. FoxErik W. Fox, Esq.
   Nevada Bar No. 88048804
   2580 St. Rose Parkway, Suite 330
   Henderson, Nevada 89074
   *Attorneys for Plaintiffs Plaintiffs*