1  COGBURN LAW OFFICES
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburnlaw.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  efox@cogburnlaw.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA NYITRAY, an individual; ANTHONY NYITRAY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.., a Delaware Corporation; EQUIFAX, INC., a Foreign Corporation; TRANSUNION, LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case No. 2:18-cv-327-APG-NJK |

### STIPULATION AND ORDER TO DISMISS DEFENDANT, BANK OF AMERICA, N.A. WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs, Christina Nyitray and Anthony Nyitray, through their counsel of record, Jamie S. Cogburn, Esq. and Erik W. Fox, Esq. of Cogburn Law Offices, Defendant, Bank of America, N.A., through their attorney of record, Rex D. Garner, Esq. of Akerman LLP, that Defendant, Bank of America, N.A. shall be dismissed with prejudice from the above-entitled action and that an Order be entered accordingly.

…

**COGBURN LAW OFFICES**
2580 St. Rose Parkway, Suite 330, Henderson, Nevada 89074
Telephone: (702) 748-7777 | Facsimile: (702) 966-3880

1  IT IS FURTHER STIPULATED that each party shall bear its own attorney fees and costs.

2  Dated this 9th day of August, 2018.　　　　　　Dated this 9th day of August, 2018.

**COGBURN LAW OFFICES**　　　　　　　　　　**AKERMAN LLP**

By: */s/Erik W. Fox*　　　　　　　　　　　　By: */s/Rex D. Garner*
Name: Jamie S. Cogburn, Esq.　　　　　　　　Name: Rex D. Garner, Esq.
　　　　Nevada Bar No. 8409　　　　　　　　　　　　Nevada Bar No. 9401
　　　　Erik W. Fox, Esq.　　　　　　　　　　　　　1635 Village Center Circle, Suite 200
　　　　Nevada Bar No. 884　　　　　　　　　　　　Las Vegas, NV 89134
　　　　2580 St. Rose Parkway, Suite 330　　　　　*Attorneys for Defendant,*
　　　　Henderson, Nevada 89074　　　　　　　　*Bank of America, Inc.*

## ORDER

Pursuant to the foregoing Stipulation, and good cause showing therefore:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant, Bank of America, N.A. be dismissed with prejudice.

Dated: August 9, 2018.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

Dated this 9th day of August, 2018.

COGBURN LAW OFFICES

By: */s/Erik W. Fox*
　　Jamie S. Cogburn, Esq.
　　Nevada Bar No. 8409
　　Jamie S. Cogburn, Esq.
　　Nevada Bar No. 8409
　　2580 St. Rose Parkway, Suite 330
　　Henderson, Nevada 89074
　　*Attorneys for Plaintiffs*