COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA NYITRAY, an individual; ANTHONY NYITRAY, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.., a Delaware Corporation; EQUIFAX, INC., a Foreign Corporation; TRANSUNION, LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case No. 2:18-cv-327-APG-NJK |

## STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

Plaintiffs, Christina Nyitray and Anthony Nyitray, by and through their attorneys of record, Jamie S. Cogburn, Esq. and Erik W. Fox, Esq. of Cogburn Law Offices, and Defendant, Experian Information Solutions, Inc., by and through its attorneys of record, Jennifer L. Braster, Esq. and Andrew J. Sharples, Esq. of Naylor & Braster, hereby stipulate that the above-entitled action against Experian Information Solutions, Inc. be dismissed with prejudice.

…

IT IS FURTHER STIPULATED that each party shall bear its own attorney fees and costs.

Dated this 12th day of September, 2018.　　　　　Dated this 12th day of September, 2018.

**COGBURN LAW OFFICES**　　　　　　　　　　　**NAYLOR & BRASTER**

By: */s/ Erik W. Fox*　　　　　　　　　　　　　By: */s/ Andrew J. Sharples*
　　Jamie S. Cogburn, Esq.　　　　　　　　　　　　Jennifer L. Braster, Esq.
　　Nevada Bar No. 8409　　　　　　　　　　　　　Nevada Bar No. 9982
　　Erik W. Fox, Esq.　　　　　　　　　　　　　　Andrew J. Sharples, Esq.
　　Nevada Bar No. 8804　　　　　　　　　　　　　Nevada Bar No. 12866
　　2580 St. Rose Parkway, Suite 330　　　　　　　1050 Indigo Drive, Suite 200
　　Henderson, Nevada 89074　　　　　　　　　　　Las Vegas, Nevada 89145
　　*Attorneys for Plaintiffs*　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　　　*Experian Information Solutions, Inc.*

## **ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the foregoing Stipulation by the parties and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant, Experian Information Solutions, Inc. be dismissed with prejudice.

Dated: September 12, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

Dated this 12th day of September, 2018.

COGBURN LAW OFFICES

By: */s/ Erik W. Fox*
　　Jamie S. Cogburn, Esq.
　　Nevada Bar No. 8409
　　Erik W. Fox, Esq.
　　Nevada Bar No. 8804
　　2580 St. Rose Parkway, Suite 330
　　Henderson, Nevada 89074